United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-7173                        September Term, 2023

1:20-cv-01365-JMC

Filed On: December 22, 2023 [2032977]

David O'Connell,

       Appellee

   v.

United States Conference of Catholic Bishops,

       Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that appellant show cause on or before January 22, 2024, why this appeal from an interlocutory order of the district court should not be dismissed for lack of jurisdiction. See 28 U.S.C. § 1291 (appellate jurisdiction limited to review of final orders of district court); See 28 U.S.C. § 1292 (addressing circumstances where interlocutory appeal permissible). The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                     BY:     /s/
                             Lynda M. Flippin
                             Deputy Clerk