23-7173

Marc R Stanley
Stanley Law Group
6116 N. Central Expressway
Suite 1500
Dallas, TX 75206

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

December 22, 2023

General Information
(202) 216-7000

Re:  23-7173 David O'Connell v. United States Conference of Catholic Bishops

Marc R Stanley
Stanley Law Group
6116 N. Central Expressway
Suite 1500
Dallas, TX 75206

Dear Counsel:

It is my understanding that you represent a party in the above captioned case.

Our records reveal that you are not a member of the bar of this court. It is the policy of the court that all attorneys appearing before it be members of the bar of this court. Our procedures do not allow us to accept filings from attorneys who are not members. Also, the names of non-members may not appear on any opinion the court issues. Generally, attorneys must be members of this court to present oral argument. See D.C. Circuit Handbook of Practice and Internal Procedures 6 (2021).

Unless you advise the court that you are not seeking admission and will not be representing a party to the case, your completed application is due by January 22, 2024. The application and supporting documents may be electronically submitted with payment through the Bar Admission utility within CM/ECF.

Very truly yours,
Mark J. Langer, Clerk

BY:  /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Application for Admission to Practice

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-7173**  **September Term, 2023**

1:20-cv-01365-JMC

Filed On: December 22, 2023 [2032977]

David O'Connell,

      Appellee

v.

United States Conference of Catholic Bishops,

      Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that appellant show cause on or before January 22, 2024, why this appeal from an interlocutory order of the district court should not be dismissed for lack of jurisdiction. See 28 U.S.C. § 1291 (appellate jurisdiction limited to review of final orders of district court); See 28 U.S.C. § 1292 (addressing circumstances where interlocutory appeal permissible). The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                        BY:    /s/
                                 Lynda M. Flippin
                                 Deputy Clerk

CLERK, UNITED STATES COURT OF APPEALS
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
22 DEC 2023 PM 1 L

NEOPOST          FIRST-CLASS MAIL
12/22/2023
US POSTAGE  $000.63



ZIP 20001
041M11283068

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 1 2 2024

RECEIVED

NIXIE    750  DE 1      0001/04/24
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 20001286699    *2117-00813-23-02