# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** David O'Connell

**v.**

U.S. Conference of Catholic Bishops

**Case No:** 23-7173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ☉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Appellant-Defendant United States

Conference of Catholic Bishops

### Counsel Information

**Lead Counsel:** Emmet T. Flood

**Direct Phone:** (202) 434-5300 **Fax:** (202) 434-5029 **Email:** eflood@wc.com

**2nd Counsel:** Kevin T. Baine

**Direct Phone:** (202) 434-5010 **Fax:** (202) 434-5029 **Email:** kbaine@wc.com

**3rd Counsel:** Mark S. Storslee

**Direct Phone:** (202) 434-5969 **Fax:** (202) 434-5029 **Email:** mstorslee@wc.com

**Firm Name:** Williams & Connolly LLP

**Firm Address:** 680 Maine Avenue, S.W., Washington, D.C. 20024

**Firm Phone:** (202) 434-5000 **Fax:** (202) 434-5029 **Email:** kbaine@wc.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)