# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** David O'Connell

v.

U.S. Conference of Catholic Bishops

**Case No:** 23-7173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Appellee-Plaintiff David O'Connell

### Counsel Information

Lead Counsel: Martin Woodward

Direct Phone: ( 214 )  443-4304  Fax: ( 214 )  443-4304    Email: martin@kitnerwoodward.com

2nd Counsel:

Direct Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___    Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___    Email:

Firm Name:    Kitner Woodward PLLC

Firm Address: 13101 Preston Road, Suite 110, Dallas TX 75240

Firm Phone: ( 214 )  443-4300  Fax: ( 214 )  443-4300    Email: martin@kitnerwoodward.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)