**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** David O'Connell

v.

U.S. Conference of Catholic Bishops

**Case No:** 23-7173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Appellee-Plaintiff David O'Connell

### Counsel Information

Lead Counsel: Simon Franzini

Direct Phone: (310) 656-7066  Fax: (310) 656-7069  Email: simon@dovel.com

2nd Counsel: Gabriel Doble

Direct Phone: (310) 656-7066  Fax: (310) 656-7069  Email: gabe@dovel.com

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Dovel & Luner, LLP

Firm Address: 201 Santa Monica Blvd., Suite 600, Santa Monica, CA 90401

Firm Phone: (310) 656-7066  Fax: (310) 656-7069  Email: courts@dovel.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)