No. 23-7173
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

DAVID O'CONNELL,
*Plaintiff - Appellee*

v.

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,
*Defendant - Appellant*
_____

*On Appeal from the United States District Court for the District of Columbia,*
*Case No. 1:20-cv-01356-JMC*
*Honorable Jia M. Cobb, United States District Judge*
_____

# APPELLEE'S MOTION FOR LEAVE TO FILE RESPONSE TO APPELLANT'S JURISDICTIONAL STATEMENT
_____

Simon Franzini (Bar No. 65081)
Gabriel Doble (Bar No. 65055)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066
simon@dovel.com
gabe@dovel.com

*Counsel for Plaintiff-Appellee*
*David O'Connell*

1

# REQUESTED RELIEF

Appellee David O'Connell, by and through undersigned counsel, respectfully requests leave to file a response to Appellant's Jurisdictional Statement, filed January 22, 2024.

On December 22, 2023, the Court issued an Order, on the Court's own motion, that Appellant show cause why this appeal from an interlocutory order of the district court should not be dismissed for lack of jurisdiction.

On January 22, 2024, Appellant filed its Jurisdictional Statement in response to the Court's December 22 Order.

Appellee respectfully requests leave to file a response to Appellant's Jurisdictional Statement within 21 days of the Court's Order on this Motion.

Dated: February 15, 2024                    Respectfully submitted,

By: /s/ *Gabriel Doble*
Gabriel Doble (Bar No. 65055)
Simon Franzini (Bar No. 65081)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066
simon@dovel.com
gabe@dovel.com

*Counsel for Plaintiff-Appellee
David O'Connell*

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion contains 101 words, and adheres to the length limits set by Rule 27(d)(2)(A).

This motion complies with the font, spacing, and type size requirements stated in Rule 32(a)(5) and Rule 32(a)(6).

*/s/Gabriel Doble*
Gabriel Doble

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                   */s/Gabriel Doble*
                                                   Gabriel Doble