**No. 23-7173**                      **September Term, 2023**

1:20-cv-01365-JMC

Filed On: February 28, 2024 [2042788]

David O'Connell,

    Appellee

  v.

United States Conference of Catholic Bishops,

    Appellant

### **O R D E R**

Upon consideration of appellee's unopposed motion for leave to file response to appellant's jurisdictional statement, it is

**ORDERED** that the motion be granted. Appellee's response is due March 20, 2024.

                                                FOR THE COURT:
                                                Mark J. Langer, Clerk

                            BY:     /s/
                                                Catherine J. Lavender
                                                Deputy Clerk