# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 23-7173** | **September Term, 2023** |
| | 1:20-cv-01365-JMC |
| | **Filed On:** June 20, 2024 |

David O'Connell,

      Appellee

   v.

United States Conference of Catholic Bishops,

      Appellant

      **BEFORE:**   Katsas, Rao, and Childs, Circuit Judges

## O R D E R

      Upon consideration of the court's order to show cause filed on December 22, 2023, the response to the order to show cause combined with the motion for this court to note jurisdiction, and the opposition thereto; and the motion for leave to file a reply and the opposition thereto, it is

      **ORDERED** that the order to show cause be discharged.  It is

      **FURTHER ORDERED** that the motion for this court to note jurisdiction and the question of this court's jurisdiction be referred to the merits panel to which this case is assigned.  The parties are directed to address this court's jurisdiction in their briefs rather than incorporate by reference the arguments presented in the response to the order to show cause, the motion to note jurisdiction, and the opposition thereto.  It is

      **FURTHER ORDERED** that the motion for leave to file a reply be dismissed as moot.

      The Clerk is directed to enter a briefing schedule.

                                                    **Per Curiam**