NOT YET SCHEDULED FOR ORAL ARGUMENT
No. 23-7173

# In the United States Court of Appeals for the District of Columbia

DAVID O'CONNELL,
Plaintiff-Appellee,

v.

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,
Defendant-Appellant.

Appeal from the United States District Court for the District of Columbia
Honorable Jia M. Cobb
(1:20-cv-01365-JMC)

## NOTICE OF ERRATA

It has come to the undersigned's attention that Appellant's Opening Brief contains typographical formatting errors in three headings. These errors appear on pages 10, 12, and 14. In corrected form, the headings appear as follows:

**III.   The United States Conference of Catholic Bishops**

…

**IV.   O'Connell's Offering to the Pope**

…

**V.    Procedural Background**

1

Undersigned counsel has attached a copy of the Opening Brief correcting the typographical formatting errors. The word count is updated accordingly to 12,967 words, and the conclusion page and certificate of service are updated to reflect today's filing date. No other changes to the brief were made. The physical copy of the brief mailed to the Court is the corrected version.

Respectfully submitted,

/s/ Daniel H. Blomberg

| | |
|---|---|
| KEVIN T. BAINE | DANIEL H. BLOMBERG |
| EMMET T. FLOOD | *Counsel of Record* |
| WILLIAMS & CONNOLLY LLP | LAURA WOLK SLAVIS |
| 680 Maine Ave. SW | COLTEN L. STANBERRY |
| Washington, DC 20024 | KELLY R. OELTJENBRUNS |
| (202) 434-5000 | THE BECKET FUND FOR |
| *eflood@wc.com* |   RELIGIOUS LIBERTY |
| | 1919 Pennsylvania Ave. NW |
| |   Suite 400 |
| | Washington, DC 20006 |
| | (202) 955-0095 |
| | *dblomberg@becketlaw.org* |

*Counsel for Defendant-Appellant*

September 10, 2024

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

This notice complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5), (6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

*/s/ Daniel H. Blomberg*
Daniel H. Blomberg

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, a copy of the foregoing was filed with the Clerk of the Court's electronic filing system, which is designed to serve all counsel of record.

*/s/ Daniel H. Blomberg*
Daniel H. Blomberg
