ORAL ARGUMENT NOT YET SCHEDULED

No. 23-7173

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAVID O'CONNELL,

*Plaintiff–Appellee*,

*v.*

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,

*Defendant–Appellant*.

On Appeal from the United States District Court for the
District of Columbia, Case No. 1:20-cv-01365-JMC
(Hon. Jia M. Cobb)

## NOTICE OF DR. LAEL WEINBERGER'S INTENT TO PARTICIPATE AS AMICUS CURIAE AND WRITTEN REPRESENTATION OF CONSENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and Circuit Rule 29(b), Dr. Lael Weinberger respectfully submits notice to the Court of his intent to file an amicus brief in support of Defendant-Appellant, the United States Conference of Catholic Bishops.

All parties have given their consent to Dr. Weinberger's filing of his brief.

September 13, 2024                    Respectfully submitted,

/s/ *Aaron M. Streett*
Aaron M. Streett
Matthew M. Hilderbrand
Beau Carter
**BAKER BOTTS L.L.P.**
910 Louisiana St.
Houston, Texas 77002
Tel: (713) 229-1855
Fax: (713) 229-7855
aaron.streett@bakerbotts.com

*Counsel for Amicus Curiae*
*Dr. Lael Weinberger*

# CERTIFICATE OF SERVICE

I certify that on September 13, 2024, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

                /s/ *Aaron M. Streett*
                Aaron M. Streett
                **BAKER BOTTS L.L.P.**
                910 Louisiana St.
                Houston, Texas 77002
                Tel: (713) 229-1855
                Fax: (713) 229-7855
                aaron.streett@bakerbotts.com

                *Counsel for Amicus Curiae*
                *Dr. Lael Weinberger*