IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DAVID O'CONNELL, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> UNITED STATES CONFERENCE OF CATHOLIC BISHOPS, <br><br> Defendant-Appellant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    No. 23-7173 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF INTENT TO FILE A BRIEF *AMICUS CURIAE* IN SUPPORT OF DEFENDANT-APPELLANT BY FEDERAL COURTS PROFESSOR DEREK T. MULLER**

In accordance with D.C. Circuit Rule 29(b), Professor Derek T. Muller respectfully notifies this Court of his intent to file a brief as *amicus curiae* in support of Defendant-Appellant on September 13, 2024, consistent with Federal Rule of Appellate Procedure 29(a)(6) and the briefing schedule issued by this Court on July 9, 2024 (Doc. 2063847). The undersigned counsel certifies that all parties in these proceedings have consented to the filing of this *amicus* brief.

September 13, 2024

Respectfully submitted,

/s/ *Christopher G. Michel*

| | |
|---|---|
| Daniel F. Mummolo | Christopher G. Michel |
| QUINN EMANUEL URQUHART | Rachel G. Frank |
|   &amp; SULLIVAN, LLP | QUINN EMANUEL URQUHART |
| 51 Madison Avenue, 22nd Floor |   &amp; SULLIVAN, LLP |
| New York, NY 10010 | 1300 I Street, NW, Suite 900 |
| (212) 849-7000 | Washington, DC 20005 |
| danielmummolo@quinnemanuel.com | (202) 538-8000 |
| | christophermichel@quinnemanuel.com |
| | rachelfrank@quinnemanuel.com |

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

    I certify that, on September 13, 2024, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

                                      /s/ *Christopher G. Michel*
                                      Christopher G. Michel
                                      *Counsel for Amicus Curiae*