NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 23-7173

## IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAVID O'CONNELL,
                      *Plaintiff-Appellee,*

v.

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,
                      *Defendant-Appellant.*

On Appeal from the United States District Court
for the District of Columbia (No. 20-cv-01365) (Cobb, J.)

**NOTICE OF INTENT OF *AMICI CURIAE* SEVEN RELIGIOUS ORGANIZATIONS TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT-APPELLANT AND REVERSAL**

|  | Michael J. Showalter |
|---|---|
|  | Victoria N. Lynch-Draper |
|  | Joel S. Nolette |
|  | Ezhan S. Hasan |
|  | Stephanie Rigizadeh |
|  | **WILEY REIN LLP** |
|  | 2050 M Street NW |
|  | Washington, DC 20036 |
|  | Phone: (202) 719-7000 |
|  | Fax: (202) 719-7049 |
|  | mshowalter@wiley.law |
|  | vlynch-draper@wiley.law |
|  | jnolette@wiley.law |
| September 13, 2024 | *Counsel for* Amici Curiae |

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and D.C. Circuit Rule 29(b), *Amici Curiae* the Jewish Coalition for Religious Liberty, the General Conference of Seventh-day Adventists, the Assembly of Canonical Orthodox Bishops of the United States of America, The Church of Jesus Christ of Latter-day Saints, the National Association of Evangelicals, the Lutheran Church—Missouri Synod, and the Muslim Public Affairs Council represent that they intend to participate in this case as *Amici Curiae*. Plaintiff-Appellee David O'Connell and Defendant-Appellant United States Conference of Catholic Bishops have consented to the filing of this Brief of *Amici Curiae*.

*Amici Curiae* include religious organizations from several faith communities in the United States. Together, *Amici Curiae* believe that the First Amendment guarantees a faith community the autonomy to exercise religion according to that community's doctrine, policies, and standards. Allowing claims like O'Connell's to proceed against religious organizations like USCCB threatens that autonomy and thus the religious freedom it safeguards for all faith communities. *Amici Curiae* have a strong interest in ensuring that this Court decides the case in a manner that ensures that genuine fraud is not insulated from liability just because it is cloaked in religious garb while vindicating the First Amendment autonomy of religious organizations to be free from the sort of intrusion the claims here would precipitate.

*Amici Curiae* are filing this Notice "as promptly as practicable." *See* D.C. Circuit Rule 29(b).

*Amici Curiae* intend to file their brief no later than September 13, 2024 in accordance with D.C. Circuit Rule 29(c).

*Amici Curiae* certify that, to the extent other *amicus* briefs are filed in support of USCCB, the separate Brief of *Amici Curiae* is necessary. *See* D.C. Circuit Rule 29(d). The Brief of *Amici Curiae* alone squarely addresses the religious-autonomy doctrine and does so from the unique perspectives of *Amici Curiae*, who collectively have thousands of years of history and experience with religious, charitable offerings and who rely on the religious-autonomy doctrine to exercise freely their respective faiths.

September 13, 2024

/s/ Michael J. Showalter
Michael J. Showalter
Victoria N. Lynch-Draper
Joel S. Nolette
Ezhan S. Hasan
Stephanie Rigizadeh
**WILEY REIN LLP**
2050 M Street NW
Washington, DC  20036
Phone: (202) 719-7000
Fax: (202) 719-7049
mshowalter@wiley.law
vlynch-draper@wiley.law
jnolette@wiley.law
ahasan@wiley.law
srigizadeh@wiley.law

*Counsel for* Amici Curiae

2

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), *Amici Curiae* the Jewish Coalition for Religious Liberty, the General Conference of Seventh-day Adventists, the Assembly of Canonical Orthodox Bishops of the United States of America, The Church of Jesus Christ of Latter-day Saints, the National Association of Evangelicals, the Lutheran Church—Missouri Synod, and the Muslim Public Affairs Council state that they have no parent companies and there is no publicly held company that has a ten percent (10%) or greater ownership interest in any of *Amici Curiae*'s organizations. *Amici Curiae* are religious organizations whose general purposes are to promote and advance the interests of their respective faiths.

September 13, 2024

/s/ Michael J. Showalter
Michael J. Showalter
Victoria N. Lynch-Draper
Joel S. Nolette
Ezhan S. Hasan
Stephanie Rigizadeh
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Fax: (202) 719-7049
mshowalter@wiley.law
vlynch-draper@wiley.law
jnolette@wiley.law
ahasan@wiley.law
srigizadeh@wiley.law

*Counsel for* Amici Curiae

## CERTIFICATE OF SERVICE

I certify that on September 13, 2024 a true and correct copy of this Notice of Intent was filed and served electronically upon counsel of record registered with the Court's CM/ECF system.

<u>/s/ Michael J. Showalter</u>
Michael J. Showalter