# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** David O'Connell

v.

United States Conference of Catholic Bishops

**Case No:** 23-7173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| The Jewish Coalition for Religious Liberty | The Church of Jesus Christ of Latter-day Saints |
| The National Association of Evangelicals | The General Conference of Seventh-day Adventists |
| The Lutheran Church – Missouri Synod | The Assembly of Canonical Orthodox Bishops of the United States of America |
| The Muslim Public Affairs Council | |

### Counsel Information

**Lead Counsel:** Michael J. Showalter

**Direct Phone:** (202) 719-7000  **Fax:** ( ) -  **Email:** mshowalter@wiley.law

**2nd Counsel:** Victoria N. Lynch-Draper

**Direct Phone:** (202) 719-7000  **Fax:** ( ) -  **Email:** vlynch-draper@wiley.law

**3rd Counsel:** Joel S. Nolette

**Direct Phone:** (202) 719-7000  **Fax:** ( ) -  **Email:** jnolette@wiley.law

**Firm Name:** Wiley Rein LLP

**Firm Address:** 2050 M Street NW, Washington, D.C. 20036

**Firm Phone:** (202) 719-7000  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)