# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7173**                          **September Term, 2024**

1:20-cv-01365-JMC

Filed On: December 27, 2024 [2091664]

David O'Connell,

         Appellee

    v.

United States Conference of Catholic Bishops,

         Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for January 10, 2025, at 9:30 A.M.:

       Appellant            -            10 Minutes

       Appellee            -            10 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Childs, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 31, 2024.

### Per Curiam

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                           BY:     /s/
                                           Michael C. McGrail
                                           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)