# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 23-7173** | **September Term, 2024** |
| | FILED ON: APRIL 25, 2025 |

DAVID O'CONNELL,
      APPELLEE

v.

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,
      APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-01365)

Before: SRINIVASAN, *Chief Judge*, CHILDS, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that this appeal be dismissed for lack of jurisdiction without reaching the merits of United States Conference of Catholic Bishops's ("USCCB") church autonomy defense or USCCB's argument that O'Connell failed to state a claim, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

BY:    /s/

            Daniel J. Reidy
            Deputy Clerk

Date: April 25, 2025

Opinion for the court filed by Senior Circuit Judge Edwards.