# No. 23-7173

In The
# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**DAVID O'CONNELL,**
*Plaintiff-Appellee,*

*v.*

**UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,**
*Defendant-Appellant.*

---

Appeal from the United States District Court for the District of Columbia
Jia M. Cobb, District Judge • Case No. 1:20-cv-01365-JMC

---

## UNOPPOSED MOTION FOR INVITATION TO FILE BRIEF AS AMICUS CURIAE BY J. REUBEN CLARK LAW SOCIETY IN SUPPORT OF DEFENDANT-APPELLANT

---

Horvitz & Levy LLP
John A. Taylor, Jr.
Jasjaap S. Sidhu
3601 West Olive Avenue, 8th Floor
Burbank, California 91505-4681
(818) 995-0800
Attorneys for Amicus Curiae
**J. Reuben Clark Law Society**

## DISCLOSURE STATEMENT

As required by Federal Rules of Appellate Procedure 26.1 and 29(A)(4)(a), and D.C. Circuit Rule 26.1, the J. Reuben Clark Law Society certifies that it does not have a parent corporation and that no publicly held corporation owns more than ten percent of its stock.

i

# UNOPPOSED MOTION FOR INVITATION TO FILE BRIEF AS AMICUS CURIAE

Pursuant to Federal Rule of Appellate Procedure 29(b)(2) and D.C. Circuit Rule 40(f), the J. Reuben Clark Law Society (the Society) requests an invitation to participate as amicus curiae in support of Defendant-Appellant United States Conference of Catholic Bishops' Petition for Rehearing En Banc. No party opposes the Society's request for an invitation.

The Society's interest in this matter arises from its mission to affirm the strength brought to the law by a lawyer's personal religious conviction. The Society is a worldwide faith-based organization of approximately 10,000 lawyers and law students supported by the J. Reuben Clark Law School at Brigham Young University, the flagship university of The Church of Jesus Christ of Latter-day Saints. The Society's members strive through public service and professional excellence to promote fairness and virtue founded upon the rule of law. The Society has a strong interest in advancing the proper interpretation and application of the First Amendment, including the church autonomy doctrine.

In support of its mission, the Society has previously filed amicus briefs in other religious liberty cases. *See* Brief for J. Reuben Clark Law Society as Amicus Curiae Supporting Defendants, *Huntsman v. Corp. of the President of the Church of Jesus Christ of Latter-Day Saints*, 127 F.4th 784 (9th Cir. 2025) (No. 21-56056); Brief for J. Reuben Clark Law Society as Amicus Curiae Supporting Defendants, *In re: The Church of Jesus Christ of Latter-Day Saints Tithing Litig.* (2024) (No. 2:24-md-03102-RJS-DAO), 2024 WL 4349160.) A federal appellate judge has cited the Society's amicus briefs in his opinion. *See Huntsman v. Corp. of the President of the Church of Jesus Christ of Latter-Day Saints*, 127 F.4th 784, 799 (9th Cir. 2025) (Bress, J., concurring).)

The Society's proposed brief as amicus curiae in support of Defendant-Appellant's petition for rehearing en banc is attached to this motion. The Society's brief in this case will provide a unique contribution, focusing on the First Amendment risks of evaluating a reasonable parishioner's understanding of Peter's Pence—risks that will inevitably materialize well in advance of trial. The brief also addresses

2

the risks that Plaintiff's theory of liability poses to nonprofit organizations, particularly small nonprofits.

Dated:  June 2, 2025            Respectfully submitted,

        /s/ Jasjaap S. Sidhu
Jasjaap S. Sidhu
John A. Taylor, Jr.
(CA State Bar No. 129333)
Jasjaap S. Sidhu
(CA State Bar No. 335862)
**HORVITZ & LEVY LLP**
3601 West Olive Avenue, 8th Floor
Burbank, California  91505-4681
Telephone: (818) 995-0800
Fax: (844) 497-6592
jtaylor@horvitzlevy.com
jsidhu@horvitzlevy.com

Attorneys for Amicus Curiae
**J. REUBEN CLARK LAW SOCIETY**

3

## CERTIFICATE OF COMPLIANCE

I hereby certify, on June 2, 2025, that:

1. This document complies with the word limit under Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rules of Appellate Procedure 32(f) and 27(a)(2)(B), this document contains 355 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Century Schoolbook font.

    /s/ Jasjaap S. Sidhu
    Jasjaap S. Sidhu

## CERTIFICATE OF SERVICE

I certify that on June 2, 2025, a true and correct copy of this Motion was filed and served electronically upon counsel of record registered with the Court's CM/ECF system.

                                                     /s/ Jasjaap S. Sidhu
                                                  Jasjaap S. Sidhu